# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-165-RJC-DCK

| | |
|---|---|
| WESLEY WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| MICHAEL BOWMAN, and BOWMAN PROPERTY MANAGEMENT, LLC, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Stephen J. Dunn, filed a "Report Of Mediator" (Document No. 12) notifying the Court that the parties reached a full settlement on December 19, 2019. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **January 20, 2020**.

**SO ORDERED**.

Signed: December 20, 2019

David C. Keesler
United States Magistrate Judge